997 So.2d 1132 (2008)
John W. BROTHERTON and Laura A. Olson, Appellant,
v.
SPORTSMAN'S RIVERSIDE TOWNHOMES, etc., et al., Appellee.
No. 5D08-1272.
District Court of Appeal of Florida, Fifth District.
November 7, 2008.
Rehearing Denied January 6, 2009.
*1133 Laura A. Olson, of Olson & Bearden, P.A., Tampa, for Appellant.
Gary M. Schaaf, of Becker & Poliakoff, P.A., Clearwater, for Appellee.
PER CURIAM.
AFFIRMED. See Yardley v. Albu, 826 So.2d 467, 470 (Fla. 5th DCA 2002) ("The issuance of a preliminary injunction is an extraordinary remedy which should be granted sparingly.").
PALMER, C.J., SAWAYA and ORFINGER, JJ., concur.